JUDGE RICHARD A. JONES
HON. MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENN NICHOLS,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>Defendant. | CASE NO. C10-1956-MAT<br><br>MOTION AND AGREED<br>ORDER FOR CONTINUANCE<br>RE BRIEFING SCHEDULE |

**AGREED ORDER**

THIS MATTER having come on regularly before the Court upon the foregoing Motion of the Plaintiff; the Court having considered and approved for the entry the said Motion as an Agreed Order of the court; the Court having read the Motion of Plaintiff and being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:** That the provisions of the foregoing motion are approved in their entirety and the new scheduling order hereby entered as the Order of the Court, is as follows:

MOTION AND AGREED ORDER FOR
CONTINUANCE RE BRIEFING SCHEDULE - 1

LAW OFFICES OF
REED LONGYEAR
MALNATI & AHRENS PLLC
1415 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1522
(206) 624-6271

| **CASE EVENTS** | **DUE DATE** |
|---|---|
| Plaintiff's Opening Brief | April 13, 2011 |
| Defendant's Response Brief | May 11, 2011 |
| Plaintiff's Reply Brief | May 25, 2011 |

DONE IN OPEN COURT this 18th day of March, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

REED LONGYEAR MALNATI & AHRENS PLLC

By: s */ Eric E. Brunstrom*
    Eric E. Brunstrom, WSBA # 31753
    Attorneys for Plaintiff


Agreed to:

By: *Per Written Authorization*
    Franco L. Becia, WSBA #26823
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    Attorneys for Defendant

MOTION AND AGREED ORDER FOR
CONTINUANCE RE BRIEFING SCHEDULE - 2

LAW OFFICES OF
REED LONGYEAR
MALNATI & AHRENS PLLC
1415 NORTON BUILDING
801 SECOND AVENUE
SEATTLE, WASHINGTON 98104-1522
(206) 624-6271