UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GLENN NICHOLS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C10-1956-RAJ<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 18.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) obtain supplemental evidence from a vocational expert regarding plaintiff's past relevant work and his ability to return to it; (2) reevaluate the effects of plaintiff's drug and alcohol abuse on his claim,

REPORT AND RECOMMENDATION
PAGE -1

including as relates to plaintiff's mental impairments at step two; and (3) if necessary, call a medical expert who has reviewed the entirety of plaintiff's medical records. Additionally, the parties stipulate that the hearing shall be assigned to a different ALJ for a de novo hearing. Upon proper application, the Court will consider plaintiff's application for attorney fees and expenses pursuant to 28 U.S.C. § 2412.

Given the above, the Court recommends that United States Chief District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 15th day of June, 2011.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge